**Order filed March 15, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-11-00838-CR
NO. 14-11-00839-CR
NO. 14-11-00840-CR
NO. 14-11-00841-CR
_____

**FREDRICHEE DOUGLAS SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause Nos. 1197969, 1197970, 1208812. & 1255072**

## ORDER

The reporter's record in this case was originally due **October 24, 2011.** *See* Tex. R. App. P. 35.2. The court reporter on this case, **Pamela Knobloch,** requested and was granted an extension of time to file the record until December 30, 2011. The record was not filed. On February 1, 2012, the clerk of this court sent a letter to Pamela Knobloch informing her that the record had not been filed. On February 8, 2012, Pamela Knobloch

attempted to e-file the record, but it was rejected because did not comply with the court's electronic filing rules. On February 9, 2011, this court notified Pamela Knobloch that the record was received but not filed due to non-compliance with the electronic filing rules in that the record was not in a PDF searchable format. The notice requested that the deficiency be corrected and the reporter's record re-filed. To date, the record has not been filed. Accordingly, we issue the following order.

We order **Pamela Knobloch** , the official court reporter for the 339th District Court, to file the corrected reporter's record in this appeal on or before **March 30, 2012.** If Pamela Knobloch fails to file the record as ordered, the court may order her to appear before this court, on a date certain to show cause why she should not be held in contempt for not filing the record in this appeal, as ordered.

PER CURIAM

2